FILED
April 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:03-cr-445 FCD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
Michael Watkins, )
)
_____ )
Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Watkins Case No. 2:03-cr-445 FCD

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     _ Release on Personal Recognizance

     _ Bail Posted in the Sum of _____

          _ Unsecured Appearance Bond

          _ Appearance Bond with 10% Deposit

          _ Appearance Bond secured by Real Property

          _ Corporate Surety Bail Bond

     X (Other) halfway house, with additional conditions

Issued at Sacramento, CA on 4/3/06 at 2:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge